1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                          SOUTHERN DISTRICT OF CALIFORNIA
10                            **(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No.  07CR221-BEN |
| 12                       Plaintiff, | ) | |
| 13  v. | ) | **ORDER TO VIEW AND PHOTOGRAPH THE VEHICLE** |
| 14  JOSE LUIS LEON-DE LA PAZ, | ) | |
| 15                       Defendant. | ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination, viewing and photographing the vehicle seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer or otherwise dispose of the vehicle prior to **April 19, 2007**, without emergency application to this Court, notice to Mr. Leon-De La Paz, and an opportunity to respond.

**SO ORDERED.**

DATED: March 20, 2007

_____
Hon. Roger T. Benitez
United States District Judge

07CR221-BEN