UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR221-BEN |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO VIEW AND PHOTOGRAPH THE VEHICLE** |
| JOSE LUIS LEON-DE LA PAZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination, viewing and photographing the vehicle seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer or otherwise dispose of the vehicle prior to **April 19, 2007**, without emergency application to this Court, notice to Mr. Leon-De La Paz, and an opportunity to respond.

**SO ORDERED.**

DATED: April 5, 2007

_____
Hon. Roger T. Benitez
United States District Judge

07CR221-BEN